**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

# WARRANTY DEED WITH VENDOR'S LIEN

**THE STATE OF TEXAS** §
§ **KNOWN ALL MEN BY THESE PRESENTS:**
**COUNTY OF ZAPATA** §

**THAT I, ALFONSO M. HERRERA, out of my separate property and estate, of 704 St. Jamez, Laredo, County of Webb, State of Texas 78041,** for and in consideration of the sum of **TWO THOUSAND AND NO/100 DOLLARS ($2,000.00)** and other valuable consideration to the undersigned paid by the grantee herein named, the receipt of which is hereby acknowledged, and further consideration and delivery by grantee of his one certain promissory note of even date herewith, in the principal sum of **ELEVEN THOUSAND AND NO/100 DOLLARS ($11,000.00),** payable to the order of grantor herein by **FRANK BRISCOE,** in installments and bearing interest as therein provided, containing the usual clauses providing for acceleration of maturity and for Attorney's fees, the payment of which note is secured by the vendor's lien herein retained, and is additionally secured by a Deed of Trust of even date herewith to **RICARDO H. SOLIZ**, Trustee, have **GRANTED, SOLD AND CONVEYED**, and by these presents do **GRANT, SELL AND CONVEY** unto **FRANK BRISCOE, of P.O. Box 397,San Ygnacio, County of Zapata, State of Texas 78067** the following described real property in **ZAPATA** County, Texas, to-wit:

**TRACT NO. TWO. Share "D" in Lot No. 7, out of Block No. 3, in the town of San Ygnacio, situated in the San Ygnacio Subdivision of the Jose Vasquez Borrego Grant, Abst. 209, Zapata County, Texas, said Share "D" being described by metes and bounds as follows:**

**Beginning at a point on the East line of Block No. 3, that bears South 2° – 00' West, 15-0 varas from the northeast corner of Block No. 3, for the Southeast corner of Share "C", and the Northeast corner hereof;**

**THENCE, North 88° – 00' West along the South line of Share "C" at 35.5 varas its Southwest corner for the Northwest corner hereof;**

**THENCE, South 14° – 40' East along the west line of Block No. 3, at 5.2 varas the Southwest corner of Lot No. 7 and the Southeast corner of this tract;**

**THENCE, North 2° – 00" East along the east line of Block No.3, at 5.0 varas to the place of beginning.**

**<u>TRACT NO. THREE</u>. Share "D" in Lot No. 7, in the town of San Ygnacio situated in the San Ygnacio Subdivision of the Jose Vasquez Borrego Grant, Abst. 209, Zapata County, Texas, said Share "D" being described by metes and bounds as follows:**

**Beginning at a point on the East line of Block No. that bears South 14° – 40' East, 33-0 varas from the Northeast corner of Block for the Southeast corner of Share "C", and the Northeast corner hereof;**

**THENCE, North 88° – 00' West along the South line of Share "C" at 77.5 varas its Southwest corner for the Northwest corner hereof;**

**THENCE, down the Rio Grande River with its meanders to the Northwest corner of Share "E" for the Southwest corner hereof;**

**THENCE, South 88° – 00' East along the north line of Share "E" at 76.5 varas its Northeast corner for the Southeast corner hereof;**

**THENCE, North 14° – 40" West along the east line of Block No. 7, at 11.0 varas to the place of beginning.**

**TO HAVE AND TO HOLD** the above described premises, together with all and singular the rights and appurtenances thereto in anywise belonging unto the said grantee his heirs and assigns forever; and I do hereby bind myself, my heirs and assigns to **WARRANT AND FOREVER DEFEND** all and singular the said premises unto the said grantee his heirs and assigns, against every person whosoever lawfully claiming or to claim the same or any part thereof.

improvements until the above described note and all interest thereon are fully paid according to the face, tenor, effect and reading thereof, when this Deed shall become absolute.

EXECUTED this 21st day of June A.D., 2022.

ALFONSO M. HERRERA

**(ACKNOWLEDGMENT)**

**STATE OF TEXAS** §

**COUNTY OF ZAPATA** §

**BEFORE ME,** the undersigned authority, on this day personally appeared **ALFONSO M. HERRERA,** known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office on this the 21st day of June, 2022.

ALMA T. GARZA
My Notary ID # 3824678
Expires January 8, 2026

Notary Public in and for the State of TEXAS

*VG-1119-2022-188095*

**Zapata County**
**Mary Jayne Villarreal-Bonoan**
**Zapata County Clerk**

**Instrument Number:** 188095

Real Property Recordings

WARRANTY DEED WITH VENDOR'S LI

Recorded On: June 21, 2022 03:10 PM

Number of Pages: 4

**" Examined and Charged as Follows: "**

Total Recording: $34.00

************* THIS PAGE IS PART OF THE INSTRUMENT *************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

| | |
|---|---|
| Document Number: | 188095 |
| Receipt Number: | 20220621000081 |
| Recorded Date/Time: | June 21, 2022 03:10 PM |
| User: | Lorena G |
| Station: | CCLERK02 |

**Record and Return To:**

ALFONSO M. BARRERA
704 ST. JAMES

LAREDO TX 78041

COUNTY COURT ★ ZAPATA COUNTY, TEXAS ★

STATE OF TEXAS
COUNTY OF ZAPATA

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time printed hereon, and was duly RECORDED in the Official Records of Zapata County, Texas.

Mary Jayne Villarreal-Bonoan
Zapata County Clerk
Zapata County, TX

Mary Jayne Villarreal-Bonoan